**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS GARCIA-GUTIERREZ<br><br>JULIAN PONCE,<br><br>ELADIO CASTANEDA-PONCE,<br><br>　　　　　Defendant. | Case No.:  CR 09-0866 DLJ<br><br>**STIPULATION AND  ORDER** |

　　　The government is in the process of providing remaining discovery to counsel for all defendants, consisting of laboratory analysis reports of suspected contraband.  Defense counsel require sufficient time to review the discovery in order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

　　　Defense counsel and Assistant United States Attorney Wade Rhyne jointly agree and stipulate that a continuance of this matter is appropriate given the need for effective

STIPULATION AND [PROPOSED] ORDER [Case No.: CR 09-0866 DLJ]

1  preparation of counsel and where the next available date where all counsel are available is
2  March 5, 2010, such that there is a need for a continuance to such date based on continuity of
3  counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
4      THEREFORE, the parties mutually and jointly stipulate that the matter should be
5  continued, based on the need for effective preparation and continuity of counsel.  The parties
6  jointly request that the Court continue the matter until Friday, March 5, 2010, at 9:00 a.m.  The
7  parties agree that continuing the case until March 5, 2010, is necessary, given the need for
8  defense counsel to review and analyze remaining discovery and the need to maintain
9  continuity of counsel.  The parties also agree that failing to grant a continuance would deny
10 counsel for the defense the reasonable time necessary for effective preparation and continuity
11 of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §
12 3161(h)(7)(B)(iv).  Lastly, the parties agree that the ends of justice served by excluding time
13 until March 5, 2010, outweigh the best interest of the public and the defendant in a speedy
14 trial.

SO STIPULATED:

Dated: February 9, 2010

_____/s/_____
JEROME MATTHEWS
Attorney for Defendant
JUAN CARLOS GARCIA-GUTIERREZ

Dated: February 9, 2010

_____/s/_____
ROGER PATTON
Attorney for Defendant
JULIAN PONCE

STIPULATION AND [PROPOSED] ORDER [Case No.: CR 09-0866 DLJ]

2

Dated: February 9, 2010

_____/s/_____
EDWIN PRATHER
Attorney for Defendant
ELADIO CASTANEDA-PONCE

Dated: February 9, 2010

_____/s/_____
WADE RHYNE
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the Court hereby continues this matter to Friday, March 5, 2010, at 9:00 a.m.  Time has previously been excluded in this case until February 12, 2010, and the Court enters this Order excluding time from February 12, 2010, up to and including March 5, 2010.

Specifically, the parties agree, and the Court finds that such time should be excluded until March 5, 2010.  The Court further finds that failing to grant a continuance until March 5, 2010, would unreasonably deny the defendants continuity of counsel and also would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

Finally, the parties agree, and the Court finds that the ends of justice served by excluding time from February 12, 2010, through March 5, 2010, outweigh the best interests of the public and the defendants in a speedy trial.  Id. at § 3161(h)(A).

IT IS SO ORDERED.

Dated: \_\_February 10, 2010\_\_\_\_  _____
D. LOWELL JENSEN
U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER [Case No.: CR 09-0866 DLJ]

3