JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00866 DLJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATED REQUEST AND **ORDER** TO CONTINUE SENTENCING HEARING |
| JUAN CARLOS GARCIA-GUTIERREZ, a/k/a "Jose Guadalupe Esparza-Ponce," JULIAN PONCE, GLORIA RAMOS-MONTEJANO, and ELADIO CASTANEDA-PONCE, | ) | Date: July 23, 2010<br>Time: 10:00 a.m.<br>Court: Hon. D. Lowell Jensen |
| Defendants. | ) | |

     Defendant Garcia-Guitierrez is currently set to appear before this Court on July 23, 2010 for sentencing. To date, all of Defendant Garcia-Gutierrez's co-defendants have plead guilty and/or been sentenced. Defendant Ramos has been sentenced and Defendants Ponce and Castaneda-Ponce are scheduled to be sentenced on October 1, 2010. Because counsel for Garcia-Gutierrez and the government require additional time to complete the safety valve proffer, and because the parties require additional time to effectively prepare the case for

STIP. AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING
No. CR-09-00866 DLJ

1  sentencing, the parties jointly request this Court to continue the sentencing hearing to October1,
2  2010.
3
4  DATED: July 19, 2010
5
6
7  _____          /S/
   WADE M. RHYNE                        _____
8  Assistant United States Attorney     JEROME MATTHEWS
                                        Counsel for Defendant
9
10
11      I hereby attest that I have authorization to file this document on behalf of those
12  individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed
13  document.

STIP. AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING
No. CR-09-00866 DLJ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JUAN CARLOS GARCIA-GUTIERREZ,<br>   a/k/a "Jose Guadalupe Esparza-Ponce,"<br>JULIAN PONCE,<br>GLORIA RAMOS-MONTEJANO, and<br>ELADIO CASTANEDA-PONCE,<br><br>   Defendants. | No. CR 09-00866 DLJ<br><br>**ORDER** CONTINUING SENTENCING HEARING<br><br>Date:    October 1, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. D. Lowell Jensen |

The parties jointly requested that the sentencing hearing for Defendant Juan Carlos Garcia-Gutierrez be continued from July 23, 2010 to October 1, 2010 to allow for additional time for the parties to complete the safety valve proffer, and to allow for additional time to effectively prepare the case for sentencing. For these stated reasons, **IT IS HEREBY ORDERED** that this matter is continued to October 1, 2010 before this Court sentencing.

DATED: July 20, 2010

_____
HON. D. LOWELL JENSEN
United States District Court Judge

STIP. AND [PROPOSED] ORDER
TO CONTINUE SENTENCING HEARING
No. CR-09-00866 DLJ